SETTLEMENT STATEMENT

David L. Michel, Special Administrator of the Estate of DePayne Middleton-Doctor
v. The United States of America

Case No: 2:16-cv-2746-MBS

| | | |
|---|---|---|
| Total Amount of Settlement: | | $7,500,000.00 |
| Less Attorneys' fee (25%): | | $1,875,000.00 |
| | Balance: | $5,625,000.00 |

Less Office Expenses to be Reimbursed:
Gedney M. Howe, III, PA
1. US District Court  $400.00
2. MD Streski, LLC  $141.49
3. Sky High Air, LLC  $295.31
4. Hotel for depositions  $12.50
5. US Court of Appeals  $505.00
6. Lantagne Legal Printing  $203.63
7. Lantagne Legal Printing  $15.33
8. Lantagne Legal Printing  $56.12
9. ProLegal Discovery Solutions  $114.57
10. Charleston County Probate Court  $22.50
11. Probate Court  $46.00
12. Wills Massalon & Allen, LLC  $1,002.85
13. Hotel, copies, etc. re Appeal  $88.26
   $2,903.56

Savage Law Firm
1. Rosen Litigation Technology  $12.50
2. Evans Carter Kunes and Bennett, PA  $245.00
3. Carolina Realtime  $14.25
4. The Quick Group, LLC  $509.60
5. Ward Communications  $66.41
6. FedEx to Bethane Brown  $20.71
7. Debra L. Potocki (transcripts)  $16.09
8. The Quick Group  $87.50
9. Amy Diaz (transcript)  $11.93
10. Geoffrey P. Alpert, retainer  $750.00
11. PACER  $5.18
12. AT&T conference call  $5.70
13. Service of subpoena on  $23.33
    Palmetto Mortuary
14. Flash drives  $17.53
15. Myque Harris, MD  $1,125.00
16. DPK Media Solutions  $655.36
17. DPK Media for video  $296.43

|  |  |
|---|---|
| 18. Housing | $7,500.00 |
| 19. FedEx to Gracyn Doctor | $34.04 |
| 20. Steven Peterson | $98.13 |
| 21. Overnight mail to Bakari Sellers | $2.67 |
| 22. Charleston Place Hotel | <u>$212.58</u> |
|  | $11,733.39 |

McGowan Hood & Felder, LLC
1. Research     $99.76
2. Plane     <u>$1,455.39</u>
        $1,555.15

McLeod Law Group
1. Wheels Up (flight to DC 8/6/21)     $1,541.04
2. Wheels Up (flight to Richmond 9/30/21)     <u>$2,574.46</u>
        $4,115.50

Strom Law Office, LLC
1. Strom Law Office, LLC     $2,292.55

       Total Office Expenses to be Reimbursed:     <u>$22,600.15</u>

                                   Balance:     $5,602,399.85

Less Payment of Capital One Credit     - <u>$1,005.54</u>

                  Balance Due to Client:     $5,601,394.31*

*To be disbursed as follows:
Gracyn Doctor     $1,400,348.58
Kaylin Doctor     $1,400,348.58
Hali Doctor     $1,400,348.58
To be held in trust for C.D., pending appointment of guardian     $1,400,348.57

     I hereby acknowledge that my attorney has provided me with a copy of my file. I hereby authorize the destruction of the file and acknowledge and confirm that there are no pending or threatened legal proceedings known to me or my attorney.

     All known medical bills, liens and expenses have been paid. Any other medical bills, liens and/or expenses are the responsibility of the client. I, David L. Michel, Special Administrator of the Estate of DePayne Middleton-Doctor, instruct disbursement as set forth above.

     Approved and received the sum of $5,601,394.31 this ____ day of _____, 2021.

                                          _____
                                          David L. Michel, Special Administrator
                                          of the Estate of DePayne Middleton-Doctor

EXHIBIT B